IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DERIC LAVELLE MAY, | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 14-155-WS-M |
| | : | |
| GARY HETZEL, *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendants Penny Emmons, James Smith, and Ashley Wall's Motion for Summary Judgment be and is hereby **GRANTED**, and Plaintiff's claims against these Defendants are hereby **DISMISSED** with prejudice.

DONE this 7th day of October, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE