IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DERIC LAVELLE MAY,        :
    Plaintiff,         :
                      :
vs.                       :   CIVIL ACTION 14-155-WS-M
                      :
GARY HETZEL, *et al.*,    :
    Defendants.        :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** on all claims be entered in favor of Defendants, and against Plaintiff.

DONE this 7th day of October, 2014.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE